UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA LOPEZ et.al., <br><br> Plaintiffs, <br><br> v. <br><br> GUADALUPE CAMPOS et.al., <br><br> Defendants. | Case No. 16-cv-04389-DMR <br><br> [PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM |

After considering the Petition of Mayra Lopez ("Petitioner") for appointment as Guardian ad litem for minor plaintiffs, J.L. and C.P.,

IT IS HEREBY ORDERED THAT:

The petition is conditionally granted and Mayra Lopez is appointed as the guardian ad litem for minor children J.L. and C.P. for this lawsuit..

Dated: August 24, 2017



IT IS SO ORDERED
United States Magistrate Judge
Judge Donna M. Ryu