UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA LOPEZ et.al., | Case No. 16-cv-04389-DMR |
| Plaintiffs, | |
| v. | **ORDER APPROVING MINORS COMPROMISE AS MODIFIED** |
| GUADALUPE CAMPOS et.al., | |
| Defendants. | |

The Motion of Plaintiff and Guardian ad litem, MAYRA LOPEZ, to Approve the Compromise of Claims of Minors J.L. ands C.P., was submitted to the court, such matter considered by the Honorable Donna M. Ryu, presiding.

After considering the Motion, and all other matters presented to the Court,

IT IS HEREBY ORDERED THAT:

1. The motion is granted and the compromise is approved. The minor plaintiffs shall receive the following by way of settlement:

    $2,500.00 to Josue Lopez

    $2,500.00 to Christian Perez

2. Within 72 hours of receipt of a check payable to the order of the Petitioners as trustees for the respective Claimants, Guardian Ad Litem Mayra Lopez must deposit the checks for the minor children in blocked accounts at a federally insured bank or credit union.

3. The Guardian Ad Litem must deliver to the depository at the time of deposit a copy of this order.

4. The blocked accounts belong to minors. As to the minors, they are as follows:

    Josue Lopez - born August 11, 2009

    Christian Perez - born May 18, 2011

5. No withdrawals of principal or interest may be made from the blocked accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the respective minors attain the age of 18 years. When the respective minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat. The blocked accounts in this matter are to be opened solely for the benefit of minor plaintiffs in this case and such funds placed, therein, cannot be accessed by anybody other than the respective minor plaintiffs upon reaching the age of majority. The parents/guardians ad litem shall have no right to access any of the funds in such blocked account for any reason.

6. The Guardian Ad Litem is authorized and directed to execute any and all documents

reasonably necessary to carry out the terms of the settlement.

7. Bond is waived.

8. Within fourteen days of depositing the settlement funds, guardian ad litem Mayra Lopez shall file a declaration with the Court attesting to her compliance with Paragraphs 2 and 3.

IT IS SO ORDERED.

Dated: August 24, 2017

IT IS SO ORDERED

United States Magistrate Judge
Judge Donna M. Ryu